**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01143-CV

**LAKEITH AMIR-SHARIF, Appellant**

**V.**

**QUICK TRIP CORPORATION, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

## ORDER

The Court has before it appellant's January 25, 2013 motion for a copy of the supplemental reporter's record. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to send appellant a copy of the supplemental reporter's record filed on January 19, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE